Elliot Gale (Bar No. 263326)
egale@gajplaw.com
Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-279-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Kayla Sammons

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| KAYLA SAMMONS | Case No.: 2:19-cv-10326-DMG-SK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SYNCHRONY BANK** |
| SYNCHRONY BANK | |
| Defendant. | |

1
STIPULATED REQUEST FOR DISMISSAL

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Kayla Sammons and Defendant Synchrony Bank that Synchrony Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED:  August 25, 2020			**Gale, Angelo, Johnson, & Pruett, P.C.**

					By:	/s/ Joe Angelo
						Joe Angelo
						Attorneys for Plaintiff
						Kayla Sammons

DATED:  August 25, 2020			**Reed Smith LLP**

					By:	/s/ Steven P Warner
						Steven P Warner
						Attorneys for Defendant
						Synchrony Bank

I, Joe Angelo, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Steven P Warner concurred in this filing.

/s/ Joe Angelo