**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KAYLA SAMMONS | Case No.: CV 19-10326-DMG (SKx) |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSAL OF DEFENDANT WITH PREJUDICE [21]** |
| SYNCHRONY BANK, | |
| Defendant. | |

Pursuant to the Parties' stipulation, Synchrony Bank is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED:  August 31, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE